ACCEPTED
12-15-00119-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/30/2015 4:11:59 PM
Pam Estes
CLERK

NO. <u>12-15-00119-CV</u>

IN THE

TWELFTH COURT OF APPEALS
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

10/30/2015 4:11:59 PM

PAM ESTES
Clerk

DEBRA DENT LEAL A/K/A
DEBBIE D. LEAL,      AND TANGO
TRANSPORT, INC., AND TANGO
TRANSPORT, LLC.                                          Appellants

vs.

JAMES JORDAN                                             Appellee

Appealed from the 115th District Court
Upshur County, Texas
Cause No. 588-12
Honorable Lauren Parish, Presiding Judge

MOTION FOR CONTINUANCE PURSUANT
TO RULE 10.5(B)

Matthew L. Thigpen
Texas State Bar No. 24056425
Norman R. Ladd, III.
Texas State Bar No. 24041285
223 S. Bonner Ave.
Tyler, Texas 75702
(903) 705-7211
(903) 705-7221 (FAX)
ATTORNEYS FOR APPELLANTS

## TO THE HONORABLE COURT OF APPEALS:

Tango Transport, LLC., seeks leave to extend the deadline for filing its written brief. The requested relief is proper under Rule 10.5(b) of the Texas Rules of Appellate Procedure.

1. On October 1, 2015, the undersigned counsel sent correspondence to the court reporter for the 115th District Court of Upshur County, the Honorable Lauren Parish, regarding the necessity of a supplemental record for the voir dire in cause No. 588-12. *A copy of that letter is attached hereto as Exhibit "A."*

2. On October 14, 2015, Deanna Drennan, court reporter for the 115th District Court of Upshur County sent correspondence stating the fee for such record. Unfortunately, on such date, Counsel for Appellants was assisting his law partner as second chair during a weeklong jury trial the week of October 12, 2015, and thus not see the email until the following week. On October 28, 2015, payment was hand delivered to the Court Reporter. At such time, the Court Reporter stated that the records would be ready on October 29, 2015, sometime after 3:00 p.m. On October 29, 2015, Counsel for Appellate had an assistant drive to the office of Deanna Drennan, court reporter for the 115th District Court of Upshur County, and return with such record.

3. The supplemental report is a necessary and vital piece of the appellate argument presented, as it was the first of two oral hearings regarding the

admissibility of certain testimony related to the pre-existing injury history of the Plaintiff. The result of that hearing, and the Court's ruling during such hearing, is a significant part of the appeal filed by Tango.

4.     On October 1, 2015, undersigned counsel sent a letter to the Court reporter requesting supplementation of the record with a specific request for such hearing and the transcript thereto. A copy of that letter is attached hereto as Exhibit "C."

**Information Required
Under Rule 10.5(b)**

5.     The information required of a motion to extend the notice-of-appeal deadline, under Rule 10.5(b)(1), is as follows:

a.     The appellate brief is due on November 2, 2015.

b.     Tango Transport, LLC., respectfully requests a thirty (30) day extension of the deadline to file said brief.

c.     The facts related to the requested extension are contained in paragraphs 1-4 of the foregoing. In summary, the supplemental court reporter's record forming a vital portion of the brief was not obtained until September 29, 2015, thus has been in the possession of Counsel for less than twenty-four hours prior to the date of this Motion.

d.     This is the second request for an extension of the deadline to file Tango Transportation LLC's brief.

## Certificate of Conference

Counsel for Tango Transport, LLC., contacted opposing counsel on October 30, 2015, via telephone and was informed counsel is opposed to the requested extension.

WHEREFORE, PREMISES CONSIDERED, Tango Transport, LLC., requests that the Court would extend the time for filing its brief in this matter by thirty (30) days. Tango Transport, LLC., further requests all other relief this motion may authorize.

Respectfully submitted,

**LADD & THIGPEN, P.C.**

Matthew L. Thigpen
Texas State Bar No. 24056425
Norman R. Ladd
Texas State Bar No. 24041285
223 S. Bonner Ave.
Tyler, Texas 75702
(903) 705-7211
(903) 705-7221 (FAX)

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2015, a true and correct copy of the foregoing *Motion for Continuance Pursuant to Rule 10.5(b)* was served upon the following in accordance with Rule 21a of the Texas Rules of Civil Procedure:

| Phenix, Phenix and Crump<br>118 South Main St.<br>Henderson, Texas 75653<br>(903) 657-3595<br>(903) 657-3598 (FAX) | ☑ Facsimile<br>☐ U.S. Mail<br>☐ CMRRR<br>☐ Courier |
|---|---|

Matthew L. Thigpen